# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Case No. 24–10439
Chapter 13

Ryan Mills and Lisa Mills ,

    Debtors.

## ORDER CONFIRMING PLAN

    The debtors' plan filed on July 10, 2024, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

    It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

Dated July 15, 2024

*/s/ Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge